**ATTACHMENT A**

Legal Description:

All the following described real property in the City of Beverly Hills, County of Los Angeles, State of California, described as:

Lot 3 of Tract No 27648, in the City of Beverly Hills, County of Los Angeles, State of California, as per map recorded in Book 718, Pages 92 and 93 of Maps, in the office of the County Recorder of Los Angeles County, California.

The improvements thereon being known as 945 Foothill Road, Beverly Hills, California 90210-2925.

A.P.N: 4350-013-007

