F. Joseph Warin (*pro hac vice* forthcoming)
M. Kendall Day (*pro hac vice* pending)
Daniel P. Chung (*pro hac vice* pending)
**GIBSON DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9500
Email: FWarin@gibsondunn.com
        KDay@gibsondunn.com
        DChung@gibsondunn.com

Samuel L. Raymond (*pro hac vice* pending)
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
Email: SRaymond@gibsondunn.com

Poonam G. Kumar (Bar No. 270802)
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520
Email: PKumar@gibsondunn.com

*Attorneys for 945 Foothill Rd., LLC and
Sodabeh Khoshdaman Barzani*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,<br><br>Defendant. | CASE NO. 26-cv-4255 (SRM)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANTS 945 FOOTHILL RD., LLC AND SODABEH KHOSHDAMAN BARZANI**<br><br>Assigned to Hon. Serena Murillo |

1

**VERIFIED CLAIM**

By and through their undersigned counsel, 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani (together, the "Claimants") file this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1.      Claimant 945 Foothill Rd., LLC is a limited liability company organized under the laws of Virginia, formed on March 8, 2018, with its registered office at 8401 Mayland Dr Ste S, Henrico, VA, 23294.  On or about June 1, 2018, 945 Foothill Rd., LLC purchased the home located at 945 Foothill Rd, Beverly Hills, CA 90210 (the "Defendant Asset").

2.      Claimant Sodabeh Khoshdaman Barzani is the beneficial owner of 945 Foothill Rd., LLC, and has been the beneficial owner since the company's formation.  As the beneficial owner of 945 Foothill Rd., LLC, Ms. Khoshdaman Barzani and her children have frequently resided in the Defendant Asset, for weeks at a time, since its purchase.  She and her children most recently resided in the Defendant Asset in May 2026.  When Ms. Khoshdaman Barzani and her children are not residing in the Defendant Asset, the property is not occupied and no one else resides there.

3.      Ms. Khoshdaman Barzani decided when and how to renovate the Defendant Asset for her family's use and oversaw the renovation process.  Ms. Khoshdaman Barzani periodically arranges for a friend or a contractor to perform services at the Defendant Asset while she is away.

4.      Accordingly, the Claimants have an interest in the Defendant Asset in this action.

5.      Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), the Claimants expressly limit their appearance to asserting and defending their claim.

1

Dated: May 21, 2026                         Respectfully submitted,


**GIBSON DUNN & CRUTCHER LLP**
*Attorneys for 945 Foothill Rd., LLC*
*and Sodabeh Khoshdaman Barzani*

By: /s/ Poonam G. Kumar
        F. Joseph Warin
        M. Kendall Day
        Daniel P. Chung
        Samuel L. Raymond

2

## VERIFICATION

I, Sodabeh Khoshdaman Barzani, and the sole beneficial owner of Claimant 945 Foothill Rd., LLC, verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim is true and correct.

EXECUTED ON: May 19, 2026

_____
Sodabeh Khoshdaman Barzani

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing VERIFIED CLAIM was sent by Federal Express this 21st day of May, 2026 to:

> Jonathan Galatzan
> Assistant United States Attorney
> Central District of California
> 312 North Spring Street, 11th Floor
> Los Angeles, California 90012
>
> Steven Parker
> Senior Trial Attorney
> Criminal Division
> United States Department of Justice
> 1400 New York Avenue, N.W. 3rd Floor
> Washington, D.C. 20005

Dated: May 21, 2026

By: /s/ Poonam G. Kumar

4