Daniel P. Chung
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 26-cv-4255 |
| v. | |
| Real Property Located in Beverly Hills, California | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Daniel P. Chung                                            of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 955-8500          (202) 530-9500

*Telephone Number*      *Fax Number*

DChung@gibsondunn.com

*E-Mail Address*

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

945 Foothill Rd., LLC

Sodabeh Khoshdaman Barzani

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Claimants

**and designating as Local Counsel**

Poonam G. Kumar                                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

270802          (213) 229-7000          (213) 229-7520

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

PKumar@gibsondunn.com

*E-Mail Address*

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**