F. Joseph Warin (*pro hac vice* forthcoming)
M. Kendall Day (*pro hac vice* pending)
Daniel P. Chung (*pro hac vice* pending)
**GIBSON DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9500
Email: FWarin@gibsondunn.com
          KDay@gibsondunn.com
          DChung@gibsondunn.com

Samuel L. Raymond (*pro hac vice* pending)
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
Email: SRaymond@gibsondunn.com

Poonam G. Kumar (Bar No. 270802)
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520
Email: PKumar@gibsondunn.com

*Attorneys for Claimants 945 Foothill Rd.,
LLC and Sodabeh Khoshdaman Barzani*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,<br><br>Defendant. | Case No. 26-cv-4255-SRM<br><br>Hon. Serena Murillo<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR CLAIMANTS 945 FOOTHILL RD., LLC AND SODABEH KHOSHDAMAN BARZANI TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

1

Plaintiff United States of America ("Plaintiff"), through its counsel, Assistant United States Attorney Jonathan Galatzan, and Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani, through the undersigned counsel, stipulate as follows:

1. WHEREAS, on April 22, 2026, Plaintiff filed a Verified Complaint for Forfeiture *In Rem* (the "Complaint"), ECF No. 1;

2. WHEREAS, on May 21, 2026, Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani filed their Verified Claim, ECF No. 8;

3. WHEREAS, Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani intend to file a motion to dismiss Plaintiff's Complaint;

4. WHEREAS, pursuant to 18 U.S.C. § 983(a)(4)(B), the deadline for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani to file an answer or responsive motion to Plaintiff's Complaint would be 20 days after the filing of their claim;

5. WHEREAS, Mansour Barzani was served with notice of this action on May 7, 2026;

6. WHEREAS, pursuant to 18 U.S.C. § 983(a)(2)(B), the deadline for Mansour Barzani to file a claim in this action is June 11, 2026, one day after the statutory deadline for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani to file an answer or responsive motion to Plaintiff's Complaint;

7. WHEREAS, in the event that Mansour Barzani elects to file a claim in this action, the parties agree that a single motion to dismiss on behalf of Claimants 945 Foothill Rd., LLC, Sodabeh Khoshdaman Barzani, and, if applicable, Mansour Barzani would result in a less duplicative and more efficient briefing schedule for the Court;

THEREFORE, the parties hereby stipulate and agree that Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani shall be permitted to file an answer or responsive motion Plaintiff's Complaint no later than July 6, 2026.

**IT IS SO STIPULATED.**

1

Dated: May 22, 2026                    GIBSON DUNN & CRUTCHER LLP

By: /s/ *Poonam G. Kumar*
Poonam G. Kumar

*Attorneys for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani*

Dated: May 22, 2026                    STEVEN PARKER
Senior Trial Attorney
U.S. Department of Justice

By: /s/ *Steven Parker*
Steven Parker

*Attorneys for Plaintiff United States of America*

2

## **ATTESTATION OF AUTHORIZATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Poonam G. Kumar, attest I received authorization from the signatories to this stipulation to apply such signatures.


Dated: May 22, 2026                          GIBSON, DUNN & CRUTCHER, LLP


                                             By:  /s/ Poonam G. Kumar
                                                  Poonam G. Kumar

                                             *Attorneys for Claimants 945 Foothill Rd.,*
                                             *LLC and Sodabeh Khoshdaman Barzani*

3