**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED IN<br>BEVERLY HILLS, CALIFORNIA,<br><br>　　　　　　　　Defendant. | Case No. 26-cv-4255-SRM (PD)<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE CLAIM AND TO ANSWER OR RESPOND TO VERIFIED COMPLAINT IN REM FOR FORFEITURE** |

On June 9, 2026, the Parties filed a joint stipulation agreeing, subject to the Court's approval, to extend the deadline for Mansour Barzani to file a claim in this action, and for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani and, if applicable, Mansour Barzani to answer or otherwise respond to Plaintiff's Complaint.

The Court, having considered the Parties' application and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Mansour Barzani to file a claim in this action shall be August 7, 2026.

2. The deadline for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani and, if applicable, Mansour Barzani to answer or otherwise respond to the Complaint shall be September 4, 2026.

-1-

-2-

**IT IS SO ORDERED.**

Dated: _____

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE