**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



FILED

CLERK, U.S. DISTRICT COURT

7/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ang_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES OF AMERICA,**

Case No. 2:26-cv-04255

Plaintiff,

v.

**REAL PROPERTY IN BEVERLY HILLS, CALIFORNIA**

*Defendant*

**PROPOSED INTERVENOR MAHTAUB MOORE'S LIMITED MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(a)(2), OR, ALTERNATIVELY, RULE 24(b), TO PROTECT ASSERTED INTERESTS IN PROPERTY, PROCEEDS, AND RELATED ASSETS**

## I.  INTRODUCTION

1.      Intervenor Mahtaub Moore respectfully moves for limited intervention pursuant to Federal Rule of Civil Procedure 24(a)(2), or alternatively Rule 24(b), to protect Intervenor's asserted innocent-owner, beneficial-owner, equitable, and victim-related interests arising from the same alleged proceeds, financial transactions, ownership structures, trusts, and international enterprise described in the United States' Verified Complaint. This Motion does not seek to expand, amend, or interfere with the Government's forfeiture claims. Nor does Intervenor request that the Court require the United States to pursue additional property or alter its litigation strategy; intervenor recognizes the Government may upon new information have the authority to expand or broaden their scope.

2.      Instead, Intervenor seeks the limited procedural right to appear in this action because Intervenor asserts, based upon personal knowledge and documentary evidence presently in his possession, that additional assets, trusts, financial accounts, and real property are traceable to the same alleged schemed proceeds, financial transactions, and enterprise identified in the Government's Verified Complaint. Intervenor further asserts legally protectable interests that

1

may be impaired by the disposition of those proceeds or related assets if intervention is denied.

3. Intervenor previously appeared before this Court by filing a Notice of Victim's Potential Interest and Preservation of Rights, together with a sworn declaration, notifying the Court of Intervenor's asserted interests and requesting preservation of those interests pending further proceedings. Those filings are attached collectively as Exhibit A and incorporated herein by reference. The present Motion represents the procedural continuation of that filing and seeks only the mechanism necessary to protect those previously asserted interests through limited intervention.

## II. BACKGROUND

4. The United States has commenced this civil forfeiture action alleging that the Defendant Property was acquired with proceeds derived from an international enterprise involving, among other allegations, fraud upon agencies of the United States Government, money laundering, and related financial transactions.

5. Intervenor asserts direct knowledge of substantial documentary evidence bearing upon tracing, ownership, beneficial ownership, equitable interests, financial transactions, trusts, fiduciary structures, and electronically stored information relating to the transactions alleged in the Government's Verified Complaint. The ESI was coercively removed from Intervenor by associates of named Defendant Barzanis and John Does and contains thousands of pages of evidence related to the DOJ action.

6. Intervenor further asserts that additional assets are traceable to the same alleged proceeds and transactions identified by the Government and that those assets bear directly upon Intervenor's asserted legal interests.

## II. PRIOR NOTICE TO THE COURT

7. On June 2, 2026, Intervenor filed a Notice of Victim's Potential Interest and Preservation of Rights, together with a sworn declaration (collectively, the "Notice"), providing the Court and the parties with formal notice of Intervenor's asserted interests relating to the

Defendant Property, the alleged proceeds, trusts, ownership structures, financial transactions, and related assets identified in the United States' Verified Complaint.

8.      The Notice expressly advised the Court that Intervenor did not seek to interfere with, enlarge, or otherwise alter the Government's prosecution of this civil forfeiture action. Rather, the Notice was submitted for the limited purpose of preserving Intervenor's asserted interests and providing timely notice that Intervenor possesses legally protectable interests that may be affected by the disposition of this proceeding and other traceable trusts and assets.

9.      The Notice further advised that Intervenor asserts, based upon personal knowledge and documentary evidence, holds interests relating to ownership, beneficial ownership, equitable claims, tracing of proceeds, and other rights recognized under applicable federal law. Intervenor expressly reserved the right to seek appropriate relief should subsequent proceedings require formal participation in this action.

10.     The present Motion is the procedural continuation of that earlier filing. Rather than repeating the factual allegations and supporting materials previously submitted, Intervenor respectfully incorporates the Notice and accompanying sworn declaration by reference as Exhibit A. Through this Motion, Intervenor now seeks leave to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, Rule 24(b), for the limited purpose of protecting those asserted interests.

11.     Intervenor's prompt filing of the Notice, followed by this Motion, reflects diligence, good faith, and a consistent effort to preserve asserted rights while minimizing prejudice to the existing parties and avoiding unnecessary disruption of the Government's prosecution of this action.

### III. INTERVENOR ASSERTS LEGALLY PROTECTABLE INTERESTS

12.     Federal Rule of Civil Procedure 24(a)(2) requires only that a proposed intervenor demonstrate a significantly protectable interest relating to the property or transaction that is the subject of the action. *See Forest Conservation Council v. U.S. Forest Serv.*, 66 F.3d 1489, 1493–94 (9th Cir. 1995); Donaldson v. United States, 400 U.S. 517, 531 (1971). The Ninth Circuit has instructed that Rule 24 is to be applied through a practical and liberal construction where disposition of the litigation may affect the applicant's asserted interests. *See Citizens for Balanced Use v. Montana Wilderness Ass'n,* 647 F.3d 893, 897–98 (9th Cir. 2011); *Southwest Ctr. for Biological Diversity v. Berg*, 268 F.3d 810, 818 (9th Cir. 2001).

13.     Intervenor respectfully submits that this standard is satisfied. Intervenor asserts legally protectable interests relating to the property, proceeds, financial transactions, ownership structures, trusts, and related transactions described in the United States' Verified Complaint. Specifically, Intervenor asserts, based upon personal knowledge and documentary evidence held in ESI and public filings, and in Intervenor's rightful possession, that additional real property, trust assets, financial accounts, fiduciary entities, and other assets are traceable to, or otherwise connected with, the same alleged proceeds and financial transactions identified by the Government in this action. Intervenor therefore seeks to protect asserted interests that include:

- asserted innocent-owner interests recognized under applicable law;
- asserted beneficial ownership interests;
- asserted equitable interests;
- asserted victim-related interests; and
- any other rights or interests recognized under applicable federal law relating to the tracing, preservation, disposition, or allocation of recoverable property or proceeds.

14.     These asserted interests arise from the same property, transactions, and alleged schemed proceeds already placed before the Court by the Government's Verified Complaint. Intervenor

4

does not seek to enlarge the Government's forfeiture claims, amend the Verified Complaint, or require the United States to pursue additional property. Rather, Intervenor seeks limited intervention to protect these asserted interests and, upon leave of Court, to present evidence that Intervenor contends is relevant to tracing, ownership, beneficial ownership, equitable interests, and the proper disposition of property or proceeds that are the subject of this action.

## IV. REPRESENTATIVE CATEGORIES OF PROPERTY AND EVIDENCE

15.    Intervenor contends documentary evidence relevant to tracing, ownership, beneficial ownership, and equitable interests, including, among other things:

- records concerning the Defendant Property and transfers of schemed proceeds;

- records relating to additional real property that Intervenor contends is traceable to the same alleged proceeds and financial transactions, including representative properties such as 1 Wood Road, Wilmington, Delaware, 134 Three Mile Harbor Road, 983 Washington, SB, LLC, holding 983 Washington, Avenue, Miami Beach, FL 33139,  10240 Akhtamar Drive, Great Falls, VA, 1322 Balls Hills Road, McLean, VA 22101, One Park Crest Unit 1808 LLC holding 8220 Crestwood Heights Dr., McLean, VA 22101

- trust agreements, fiduciary records, and documents relating to trusts and trustees, including records concerning the One Wood Revocable Trust, Moore Family Trust, Hook Pond Revocable Trust, Great Bend Revocable Trust, Moore and Bruce Profit Sharing Plan and Trust Agreement, Ingomar Fidcuiary Services, Inc. (financial facilitator for Defendants Barzani, Co-Conspirators, Trustees named in the DOJ action, Golden Eagle Global, Inc., GEGI Management, LLC, named Trusts connected to Defendants and Trustee #1 and Co-conspirators named in the DOJ action, that Intervenor contends are relevant to tracing and ownership;

- banking records, accounting records, tracing analyses, financial spreadsheets, and other documents that Intervenor contends demonstrate the movement of proceeds;

- tax returns, Forms W-2, payroll records, and related financial records that Intervenor contends bear upon tracing, ownership, and his asserted interests;

- electronically stored information presently involved in related federal litigation containing evidence and supports Intervenor's interests and the allegations in the DOJ action;

- investigative reports, chronologies, and financial and fraud forensic analyses; and

- additional assets, trusts, entities, accounts, or property that Intervenor contends are traceable to the same alleged proceeds and transactions identified in the Government's Verified Complaint and that may be identified through supplemental filings or lawful discovery.

Because many of these materials contain confidential financial records, tax information, trust records, personal identifying information, and proprietary business information, Intervenor intends, if intervention is granted, to seek leave to submit appropriate supplemental materials under seal.

## V.  INTERVENTION IS WARRANTED UNDER RULE 24

16.     Rule 24(a)(2) permits intervention as of right where the proposed intervenor demonstrates that: (1) the motion is timely; (2) the applicant claims a significantly protectable interest relating to the property or transaction that is the subject of the action; (3) disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect that interest; and (4) the existing parties may not adequately represent that interest. *See Arakaki v. Cayetano,* 324 F.3d 1078, 1083 (9th Cir. 2003); *Southwest Ctr. for Biological Diversity v. Berg,* 268 F.3d 810, 817–18 (9th Cir. 2001). Rule 24 is construed broadly in favor of intervention where these requirements are satisfied. *See Cascade Natural Gas Corp. v. El Paso Natural Gas Co.*, 386 U.S. 129, 133–36 (1967); *Forest Conservation Council v. U.S. Forest Serv.*, 66 F.3d 1489, 1493–94 (9th Cir. 1995). Each requirement is met here.

### A. The Motion Is Timely

17.     Timeliness is evaluated under the totality of the circumstances, including the stage of the

proceedings, prejudice to the existing parties, and the reason for any delay. *See United States v. Oregon*, 745 F.2d 550, 552 (9th Cir. 1984). S*ee also Kalbers v. Volkswagen AG*, 15 F.4th 1234, 1243 (9th Cir. 2021); *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) (evaluating timeliness under three factors: stage of the proceeding, prejudice to existing parties, and length/reason for delay). Intervenor acted diligently by first filing a Notice together with a sworn declaration, before seeking formal intervention. That filing provided prompt notice of Intervenor's claimed interests at an early stage of this litigation. No party will be prejudiced by intervention.

**B. Intervenor Claims Significantly Protectable Interests**

18.    Rule 24 does not require a proposed intervenor to establish the ultimate merits of the claimed interest. Rather, the applicant need only demonstrate a significantly protectable interest relating to the property or transaction at issue. *See Donaldson v. United States*, 400 U.S. 517, 531 (1971); *Forest Conservation Council,* 66 F.3d at 1494.

As set forth above, Intervenor claims interests arising from the same alleged schemed proceeds, financial transactions, trusts, ownership structures, international enterprise, and property identified in the Government's Verified Complaint. Those claimed interests bear a direct relationship to the subject matter of this forfeiture action.

**C. Disposition of This Action May Impair Those Interests**

19.    Rule 24 requires only a practical showing that disposition of the action may impair the applicant's ability to protect the claimed interests.  *See Southwest Ctr. for Biological Diversity* 268 F.3d at 822. Absent intervention, the disposition of this action may materially affect Intervenor's ability to protect claimed interests relating to tracing, ownership, beneficial ownership, equitable rights, and the disposition or allocation of recoverable property and proceeds.

**D. Existing Parties Do Not Adequately Represent Intervenor's Interests**

20.     The burden of demonstrating inadequate representation is minimal. *See Trbovich v. United Mine Workers of Am.*, 404 U.S. 528, 538 n.10 (1972). The United States represents the public interest in enforcing the federal forfeiture laws. Intervenor seeks to protect distinct private interests, including claimed innocent-owner, beneficial-owner, equitable, and victim-related interests. Because those interests are not identical, Rule 24(a)(2)'s adequacy requirement is satisfied. *See Arakaki,* 324 F.3d at 1086. Accordingly, Intervenor is entitled to intervene as of right under Rule 24(a)(2).

**E. Alternatively, Permissive Intervention Is Appropriate**

21.      Alternatively, intervention is appropriate under Rule 24(b)(1)(B), which authorizes permissive intervention where the applicant "has a claim or defense that shares with the main action a common question of law or fact." Intervenor seeks to present evidence concerning tracing of proceeds, ownership, beneficial ownership, financial transactions, trust structures, and related documentary evidence arising from the same transactions and property identified in the Government's Verified Complaint. These issues present common questions of law and fact already before the Court.

22.     Permitting limited intervention will promote judicial economy, avoid duplicative litigation, and assist the Court in resolving overlapping factual issues without unduly delaying or prejudicing the adjudication of the existing parties' rights. *See Spangler v. Pasadena City Bd. Of Educ.*, 552 F.2d 1326, 1329 (9th Cir. 1977). For these reasons, the Court should grant Intervenor's Motion to Intervene pursuant to Rule 24(a)(2) or, alternatively, Rule 24(b).

**VI. LIMITED NATURE OF THE REQUEST**

23.     Intervenor does not request that the Court enlarge the Government's forfeiture claims or

adjudicate the merits of additional property through this Motion. Rather, Intervenor seeks limited participation so that he may protect his asserted legal interests and, upon leave of Court, submit evidence that Intervenor contends is relevant to tracing, ownership, beneficial ownership, equitable interests, and the proper disposition or allocation of recoverable property and

24.    Granting limited intervention will promote judicial economy by permitting one federal court already exercising jurisdiction over the Defendant Property to consider evidence relevant to Intervenor's asserted interests without delaying or interfering with the Government's prosecution of this forfeiture action.

## VII. RELIEF REQUESTED

25.    For the foregoing reasons, Intervenor respectfully requests that the Court enter an Order:

1. Granting Intervenor's Motion for Limited Intervention pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, Rule 24(b);

2. Permitting Intervenor to participate in this action solely for the limited purposes set forth in this Motion; and

3. Granting such other and further relief as the Court deems just and proper.

## VIII. CONCLUSION

26.    Intervenor respectfully submits that this Motion satisfies the requirements for intervention under Federal Rule of Civil Procedure 24(a)(2). Alternatively, limited permissive intervention is appropriate under Rule 24(b) because Intervenor's claimed interests share common questions of law and fact with the Government's Verified Complaint and can be presented without delaying or prejudicing these proceedings. Intervenor does not seek to expand the Government's claims, alter the scope of this forfeiture action, or interfere with the United States' prosecution of this case. Rather, Intervenor seeks only limited participation to protect the claimed interests identified in this Motion and to present relevant evidence as the Court may Permit. Accordingly, Intervenor respectfully requests that the Court grant this Motion for

9

Limited Intervention and enter the accompanying Proposed Order.

Respectfully submitted,                                      Date: July 30, 2026

*mattie moore*

Mahtaub Moore, Proposed Intervenor
1 Wood Road
Wilmington, DE 19806
M22strategies@gmail.com
703-946-3704

# EXHIBIT A

FILED
CLERK, U.S. DISTRICT COURT

6/2/26

CENTRAL DISTRICT OF CALIFORNIA
BY _____ CS _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

  Plaintiff,

  v.

**REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,**

  Defendant Property.

Case No. 2:26-cv-04255

**NOTICE OF VICTIM'S POTENTIAL INTEREST
IN DEFENDANT PROPERTY AND INTENT TO SEEK REMISSION, RESTORATION,
PRESERVATION OF RIGHTS**

1.  Interested Person and Potential Victim Mahtaub Moore ("Noticing Party"), appearing pro se, respectfully files this Notice of Potential Interest, Related Litigation, Possession of Relevant Documentary Evidence, Related Public Records, Preservation of Rights, and Declaration. The Noticing Party is not presently a party to this forfeiture proceeding and does not seek through this filing to delay, obstruct, or interfere with the United States' forfeiture action. Rather, this filing is intended to preserve rights, notify the Court and the United States of potentially relevant documentary evidence and related litigation, and request notice concerning any future remission, restoration, settlement, victim-compensation, or distribution proceedings affecting the Defendant Property.

**I. RELATED LITIGATION**

2. The Noticing Party is involved in ongoing federal and state litigation involving overlapping individuals, entities, trusts, transactions, properties, and ownership structures that may bear upon issues identified in the forfeiture complaint.

3. The Noticing Party possesses documentary evidence, public records, court filings, exhibits, declarations, transcripts, and related materials obtained through litigation and independent investigation concerning ownership structures, beneficial ownership, trust

1

administration, entity formation, asset tracing, and real property holdings.

4. The Noticing Party further possesses evidence relating to entities, trusts, and transactions involving individuals and family members identified in public records and related litigation not shielded by attorney-client privilege.

## II. RELATED PUBLIC RECORDS AND DOCUMENTARY EVIDENCE

5. Following review of the forfeiture complaint, the Noticing Party identified public records and documentary materials that may bear upon ownership, beneficial ownership, trust administration, asset tracing, and affiliated entities.

Such materials include, but are not limited to:

A. Delaware corporate filings concerning SBPB, LLC;

B. California business registrations and related public records of branch SBPB, LLC owning according to public deed records real property at 1359 Garnet Avenue San Diego, CA leased to Starbucks according to public records and online map directions on Yelp and Tripadvisor. (Exhibit A). This was discovered in Jonathon Moore's presented exhibits which is in federal cases in SDNY 1:25-cv-08218, District of Columbia 1:25-cv-02720, and Delaware 1:26-cv-00599 listing documents discarded by Jonathon Moore, defendant in the above cases, and financial architect, as alleged in the above-referenced cases of organizing structures to conceal schemed proceeds Defendant Mansour Barzani and Sodabeh Khoshdanam and property owned by Barzani family members and discarded after the commencement of federal investigations and litigation material evidence in connection with civil forfeiture. (Exhibit B).

C. Recorded deed records relating to real property holdings in California associated with defendants and SBPB, LLC to hold real property purchased in 2018 by defendants Barzani and Khoshdanam in the Department of Justice civil forfeiture.

D. Public records identifying managers, organizers, registered agents, trustees, affiliated entities, and ownership structures;

E. Public records concerning properties associated with entities and individuals referenced

2

in related litigation;

F. Court filings, declarations, affidavits, exhibits, and business records obtained through litigation and investigation.

The Noticing Party reserves the right to supplement this filing with certified public records, recorded deeds, corporate filings, and other documentary evidence.

## III. PRESERVATION OF POTENTIALLY RELEVANT EVIDENCE

6. The Noticing Party further advises the Court and the United States that evidence exists concerning records, files, trust materials, corporate records, entity records, and related documents that may bear upon issues of ownership, beneficial ownership, trust administration, asset tracing, and financial transactions.

7. The Noticing Party possesses exhibits and documentary materials from related proceedings concerning record retention, organization of records, maintenance of records, trust administration, entity formation, and associated business activities.

8. The Noticing Party believes certain categories of records discussed in related proceedings may overlap with issues concerning trusts, entities, ownership structures, and financial transactions identified in the forfeiture complaint.

## IV. DECLARATION OF MAHTAUB MOORE, INTERESTED PARTY:

I, Mahtaub Moore, declare under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the matters stated herein.

2. I was personally present during proceedings conducted on or about June 18, 2025, in related Delaware litigation.

3. During those proceedings, I personally observed testimony by Jonathon Moore concerning records, files, corporate documents, entity records, trust-related materials, and business records associated with entities and individuals referenced in related litigation which is now before the federal courts in Delaware, District of Columbia, and Southern District of New York in related litigation and directly relates to the current Department of Justice civil forfeiture.

4. During questioning regarding such records and materials, I personally observed testimony by Mr. Moore concerning the disposition of documents and records previously maintained in connection with those activities. That testimony included Mr. Moore's denial of personal and business relationships with Haval Dosky and may be related to the current civil forfeiture. That testimony also included financial assistant Julie Sanford and her alleged role in Barzani banking and real estate transactions both with POA and signatory power over bank accounts.

5. I personally observed testimony in which Mr. Moore stated that records and materials had been discarded at the East Hampton Recycling Center during related litigation and ongoing federal investigations.

6. I further observed exhibits presented in connection with that testimony which have been presented in federal court.

7. Based upon my personal observations, the testimony concerned categories of records relating to entities, trusts, financial transactions, ownership structures, and associated business activities of defendants and family members which includes direct knowledge through emails directly to Victim from Mr. Moore of plans to orchestrate vexatious litigation and harassment of Victim Revend, who has filed a notice in this court, in an effort to intimidate Victim Revend reporting on corruption stories involving Defendants Mansour Barzani and Sodabeh Khoshdanam. (Exhibit C).

8. Following my review of the United States' forfeiture complaint, I believe the categories of records discussed during that testimony may bear upon issues of beneficial ownership, trust administration, entity formation, asset tracing, financial transactions, and property ownership implicated by the forfeiture action.

9. I have requested a Delaware federal court to order the transcripts and other material evidence related to the civil forfeiture and other related litigation and reserve the right to supplement this filing with transcripts, exhibits, declarations, and related materials.

10. In addition to my observations of the June 18, 2026, proceedings, I have reviewed public corporate filings, recorded deeds, business registrations, court filings, and exhibits that may bear upon ownership structures, affiliated entities, and related transactions. These facts were reported to the Federal Bureau of Investigation and Internal Revenue Service in September 2023 and November 2024.

11. I submit this Notice and Declaration solely to preserve rights, identify the existence of potentially relevant evidence, and request notice concerning future proceedings affecting the Defendant Property or proceeds derived therefrom.

12. I have notified counsel for beneficial owner Khoshdaman and Mansour Barzani placing them on notice of interest and my intent to file the Notice of Interested Party on May 26, 2026 concerning any assertion of the validity of a purported marriage between Defendant Barzani and Khoshdaman based on news reports, and direct correspondence between Moore and Interested Party, in 2021 recognizing a non-marital relationship and possible "stalking horse" ownership arrangements related to the real party in the civil forfeiture.

13. Interested Party Moore, also informed Defendants' counsel, significant legal questions are raised by the effort to classify community or spousal property of the real property in the civil forfeiture case and bears on issues upon credibility and legal sufficiency of any asserted "marital property," spousal privileges, and ownership claims.

## V. RESERVATION OF RIGHTS

The Noticing Party respectfully requests reasonable notice regarding:

1. Any remission proceeding;
2. Any restoration proceeding;
3. Any settlement involving Defendant Property;
4. Any proposed sale, transfer, liquidation, or disposition of Defendant Property;
5. Any victim-compensation process;
6. Any claims-administration process;
7. Any distribution of forfeited assets or proceeds.

The Noticing Party expressly reserves all rights:

A. To seek recognition as a victim or interested person;

B. To submit evidence to the Department of Justice, Money Laundering and Asset Recovery Section, Asset Forfeiture Program, Federal Bureau of Investigation, or other appropriate authority;

C. To seek remission, restoration, restitution, constructive trust, equitable lien, tracing relief, disgorgement, or other equitable remedies;

D. To file a verified claim should future investigation establish a direct legal interest in specific property;

E. To seek intervention or limited participation should future circumstances warrant;

F. To supplement this filing with transcripts, exhibits, declarations, affidavits, public records, certified records, or other documentary evidence;

G. To pursue any additional rights or remedies available under federal law or equity.

I declare under penalty of perjury that the foregoing is true and correct.

State of Delaware, County of New Castle

Signed and sworn to (or affirmed) before me on _6/2/26_ (date) by _Mahtaub Moore_

Mahtaub Moore.

(Signature of Notarial Officer)

My Commission Expires: _03/18/2026_

Francis J McMahon
State of Delaware
Notary Public
Commission No. 20260216000008
My Commission Expires 03/18/2028

Mahtaub Moore
Interested Party, pro se
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

Certificate of Service

I, Mahtaub Moore, Interested Party, certify an electronic copy of this Notice of Interested Party was sent on June 2, 2026, to counsel of record:

Steven Parker, Department of Justice at steve.parker2@usdoj.gov

Jonathan Galatzan, Asst. United States Attorney at jonathan.galatzan@usdoj.gov

Daniel P. Chung to dchung@gibsondunn.com

Francis Joseph Warin to fwarin@gibsondunn.com

Michael Kendall Day to kday@gibsondunn.com

Poonam Kumar to Pkumar@gibsondunn.com

6

Samuel L. Raymond to sraymond@gibsondunn.com

Dyke Huish/Jim Tate to Jtate@tatebywater.com

By: Mahtaub Moore,                                             Date: June 2, 2026
Interested Party
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

7

# EXHIBIT A

EXHIBIT A

Case 2:26-cv-04255-SRW-PTD     Document 230     Filed 07/30/26     Page 20 of 52     Page ID #1957

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies     ◯ Officers

- MM
  My Account Logout

# SBPB, LLC

Company Number
    6745805
Incorporation Date
    6 February 2018 (over 8 years ago)
Company Type
    Limited Liability Company
Jurisdiction
    Delaware (US)
Agent Name
    CORPORATION SERVICE COMPANY
Agent Address
    251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808
Directors / Officers

- CORPORATION SERVICE COMPANY, agent

Data source and freshness

Last Update From Source
    15 May 2026
Last Change Recorded
    15 May 2021
Next Update From Source
    Infrequent
Source
    Division of Corporations, Department of State

Learn more about our trust and data transparency policy
This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our purpose, history and principles

The OpenCorporates website is free for general-public and public-benefit use

Use the OpenCorporates API

License this data in bulk

Case 2:26-cv-04255-SRM-PD     Document 20     Filed 07/30/26     Page 21 of 52     Page ID #:108

## Similarly named companies

- 🇺🇸 SBPB LLC (Illinois (US), 7 Nov 2024- )
- 🇺🇸 SBPB LLC (New York (US), 23 Oct 2014- )
- 🇺🇸 SBPB LLC (California (US), 12 Jun 2025- )
- 🇺🇸 branch SBPB, LLC (California (US), 13 Feb 2018- )
- 🇺🇸 SBPB MANAGER, LLC (Florida (US), 26 Mar 2021- )
- 🇺🇸 SBPB HOLDINGS LLC (Delaware (US), 26 Mar 2021- )
- 🇺🇸 SBPB-REA TCF, LLC (Missouri (US), 22 Apr 2020- )
- 🇺🇸 inactive SBPB 888 INVESTORS LLC (Florida (US), 12 Mar 2019- )
- 🇺🇸 inactive SBPB INVESTMENTS LIMITED LIABILITY COMPANY (Arkansas (US), 7 Feb 2023- )

## Branches

🇺🇸 branch SBPB, LLC (California (US), 13 Feb 2018- )  details

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry should always be referred to for definitive information
**OpenCorporates :** legal-entity data done right
Global Authority

- **Unrivalled domain expertise**
- **Driving global policy**
- **Certified B Corp**

Trustworthy data

- **100% official primary sources**
- **Quality baked in**
- **Underpinned by Legal-Entity Data Principles**

Designed for the future

- **Legal-entity data model**
- **For the needs of today and tomorrow**
- **Provenanced, standardized data**

Learn more

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies  ○ Officers

- MM
  My Account Logout

# SBPB, LLC branch

Company Number
        201805910451
Status
        Active
Incorporation Date
        13 February 2018 (over 8 years ago)
Company Type
        Limited Liability Company - Out of State
Jurisdiction
        California (US)
Branch
        Branch of SBPB, LLC (Delaware (US))
Registered Address
- 1516 NORTH COLONIAL TERRACE
- ARLINGTON
- 22209
- VA
- United States

Agent Name
        CSC - LAWYERS INCORPORATING SERVICE
Agent Address
        251 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808, United States
Directors / Officers
- CSC - LAWYERS INCORPORATING SERVICE, agent
- PETER SNELL, manager

Inactive Directors / Officers
- CORPORATION SERVICE COMPANY, agent



## Recent filings for SBPB, LLC

11 May 2020
S[  ]OMPLETE view

15 [   ]r 2019

Case 2:26-cv-04255-SRM-PD     Document 20     Filed 07/30/26     Page 24 of 52    Page ID
#:163

SI-COMPLETE view

12 Oct 2018
SI-COMPLETE view

13 Feb 2018
REGISTRATION view

## Company Addresses

Mailing Address

1516 NORTH COLONIAL TERRACE, ARLINGTON, VA, 22209, United States

Data source and freshness

Last Update From Source
    25 May 2026
Last Change Recorded
    3 May 2026
Next Update From Source
    Monthly
Source
    California Secretary of State

Learn more about our trust and data transparency policy
This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our purpose, history and principles

The OpenCorporates website is free for general-public and public-benefit use

Use the OpenCorporates API

License this data in bulk

## Similarly named companies

- 🇺🇸 SBPB LLC (Illinois (US), 7 Nov 2024- )
- 🇺🇸 SBPB, LLC (Delaware (US), 6 Feb 2018- )
- 🇺🇸 SBPB LLC (California (US), 12 Jun 2025- )
- 🇺🇸 SBPB LLC (New York (US), 23 Oct 2014- )
- 🇺🇸 SBPB MANAGER, LLC (Florida (US), 26 Mar 2021- )
- 🇺🇸 SBPB HOLDINGS LLC (Delaware (US), 26 Mar 2021- )
- 🇺🇸 SBPB-REA TCF, LLC (Missouri (US), 22 Apr 2020- )
- 🇺🇸 inactive SBPB 888 INVESTORS LLC (Florida (US), 12 Mar 2019- )
- 🇺🇸 inactive SBPB INVESTMENTS LIMITED LIABILITY COMPANY (Arkansas (US), 7 Feb 2023- )

## Home company

🇺🇸 SBPB, LLC (Delaware (US), 6 Feb 2018- )  details

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry should always be referred to for definitive information
**OpenCorporates :** legal-entity data done right
Global Authority

- **Unrivalled domain expertise**
- **Driving global policy**
- **Certified B Corp**

Trustworthy data

- **100% official primary sources**
- **Quality baked in**
- **Underpinned by Legal-Entity Data Principles**

Designed for the future

- **Legal-entity data model**
- **For the needs of today and tomorrow**
- **Provenanced, standardized data**

Learn more

Case 2:26-cv-04255-SRM-PD     Document 20     Filed 07/30/26     Page 26 of 52     Page ID #:163

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants

# EXHIBIT B

JRM PLLC Archives
Box 184

Husband's
Exhibit \_\_\_\_\_

Archived September 17, 2014          Discarded 3/2/24

| Client Number | Client Name | Contents |
|---|---|---|
| 01452 | GEGI Management, LLC/Waysi | Barbosa Holdings Ltd. |
| 01225 | Golden Eagle Global, Inc. | Blo – Blow Dry Bar Project |
| 01225 | Golden Eagle Global, Inc. | Victorinox |
| 01225 | Golden Eagle Global, Inc. | LA Boxing |
| 01452 | GEGI Management, LLC/Muksi | 1150K 1410, LLC |
| 01452 | GEGI Management, LLC/Mustafa | 300 River Bend Road, LLC |
| 01452 | GEGI Management, LLC/Mustafa | 11643 Blue Ridge, LLC |
| 01452 | GEGI Management, LLC/Mustafa | 528 Haven Lane, LLC |
| 01452 | GEGI Management, LLC/Mustafa | 11639 Blue Ridge Lane, LLC |
| 01225 | Golden Eagle Global, Inc. | Correspondence thru 2012 |
| 01452 | GEGI Management, LLC/Muksi | Atlantic Noca – Apex: Financing-WF |
| 01452 | GEGI Management, LLC/Muksi | Sylvania NC – Cnceled Sale to YMF 12/13 |

JRM PLLC Archives
Box 209

Archived February 24, 2019

DISCARDED 3/2/24

| Client # | Client Name | Contents |
|---|---|---|
| 01452 | GEGI | Muksi/Florida Red Lobster |
| 01452 | GEGI | Muksi/Texas Red Lobster |
| 01452 | GEGI | Muksi/TXRL Sale Docs |
| 01452 | GEGI | Muksi/Frederick Spring, LLC |
| 01452 | GEGI | Mustafa/Monarch E2, LLC |
| 01452 | GEGI | Personal Taxes 2013 and 2014 |
| 01452 | GEGI | Billing File 2016-2017 |
| 01452 | GEGI | Muksi/Red Oak View, LLC |
| 01452 | GEGI | Mustafa/Woodlea Holdings, LLC |
| 01452 | GEGI | Mustafa/Woodlea Holdings, LLC Closing |
| 00990 | Connell Trust | North Carolina Trust |
| 00990 | Connell Trust | Billing File |
| 01467 | Nakamae | Billing File |

JRM PLLC EH Archives
Box 213

Archived 10/23/20   Discarded 3/2/24

| Client # | Client Name | Contents |
|---|---|---|
| ☐ | | ☐ |
| 01265 | Al Rushaid Aviation | Tax Returns Volume #2 2014-2018 |
| 01089 | GEET | Tax Returns Volume #1 Thru 2018 |

# EXHIBIT C

From: **Mattie Moore** m22strategies@gmail.com
Subject: Maki Revend exclusive ....If they make a big deal of this it raises his profile like they are afraid of his reporting..
Date: September 13, 2021 at 1:50 PM
To: Jonathon R. Moore jmoore@moorelawoffices.us





Mattie Moore <m22strategies@gmail.com>

## FW: Libel laws in Germany
9 messages

**Jonathon Moore** <jmoore@moorelawoffices.us>                                         Mon, Sep 13, 2021 at 1:36 PM
To: Mattie Moore <m22strategies@gmail.com>

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and adva

Paypal :  https://www.paypal.me/astv892

Email :  astv5080@gmail.com

Bank :  BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged,
confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that
any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error,
please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                                    Mon, Sep 13, 2021 at 1:43 PM
To: Jonathon Moore <jmoore@moorelawoffices.us>

REally, they should just ignore this just report on IG and FB they will probably take it down but it would like strong-arming a political opponent or EU private citizen in exile.

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential,
proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or
distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by
collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and adval

Paypal :    https://www.paypal.me/astv892
Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

Case 2:26-cv-04255-SRM-PD     Document 20     Filed 07/30/26     Page 37 of 52     Page ID #:174

*********************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

**Mattie Moore** <m22strategies@gmail.com>                                          Mon, Sep 13, 2021 at 1:44 PM
To: Jonathon Moore <jmoore@moorelawoffices.us>

And he's a protected journalist.

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*********************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for neip and aava

Paypal :    https://www.paypal.me/astv892

Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

Case 2:26-cv-04255-SRM-PD     Document 20     Filed 07/30/26     Page 39 of 52   Page ID #:176

**********************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                    Mon, Sep 13, 2021 at 1:48 PM
To: Jonathon Moore <jmoore@moorelawoffices.us>

He also did a huge in depth investigative report with other journalists on BB King Beverly Hills house and mistress...just leave it alone

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

**********************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and advai

Paypal :　https://www.paypal.me/astv892

Email :　astv5080@gmail.com

Bank :　BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

**Mattie Moore** <m22strategies@gmail.com>                                    Wed, May 28, 2025 at 8:09 AM
To: Stephen Studdert <sms@mantford.com>

I'm sending you the forward as it was sent to me in 2021. I'm reading the thirdI'm reading the third amended complaint and I'm wondering if some of that should be put in anyway I wanted to send it to you earlier but take a look at this email thread of Jonathon riding me in 2021 about Becky being a nuisance what to do about it and then Valerie circling back about Dechart so that fits exactly when this assassination attempt happened and then in 2022 because it was 2021 the third.

Sent from my iPhone

Begin forwarded message:

**From:** Mattie Moore <m22strategies@gmail.com>
**Date:** September 13, 2021 at 1:48:17 PM EDT
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject: Re: FW: Libel laws in Germany**

He also did a huge in depth investigative report with other journalists on BB King Eeverly Hills house and mistress...just leave it alone

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

Paypal :    https://www.paypal.me/astv892
Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*****************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                Mon, Aug 11, 2025 at 8:48 PM
To: Stephen Studdert <sms@mantford.com>

---------- Forwarded message ---------
From: **Mattie Moore** <m22strategies@gmail.com>
Date: Mon, Sep 13, 2021 at 1:43 PM
Subject: Re: FW: Libel laws in Germany
To: Jonathon Moore <jmoore@moorelawoffices.us>

REally, they should just ignore this just report on IG and FB they will probably take it down but it would like strong-arming a political opponent or EU private citizen in exile.

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*****************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and adval

Paypal :    https://www.paypal.me/astv892

Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                                            Mon, Aug 11, 2025 at 8:48 PM
To: Stephen Studdert <sms@mantford.com>

---------- Forwarded message ---------
From: **Mattie Moore** <m22strategies@gmail.com>
Date: Mon, Sep 13, 2021 at 1:48 PM
Subject: Re: FW: Libel laws in Germany
To: Jonathon Moore <jmoore@moorelawoffices.us>

He also did a huge in depth investigative report with other journalists on BB King Beverly Hills house and mistress...just leave it alone

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and adva

Paypal :    https://www.paypal.me/astv892

Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                    Mon, Aug 11, 2025 at 8:49 PM
Draft

---------- Forwarded message ---------
From: **Mattie Moore** <m22strategies@gmail.com>
Date: Mon, Sep 13, 2021 at 1:44 PM
Subject: Re: FW: Libel laws in Germany
To: Jonathon Moore <jmoore@moorelawoffices.us>

And he's a protected journalist.

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*************************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium - see screenshot from website:

.Ask for help and advai

Paypal :    https://www.paypal.me/astv892

Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**Mattie Moore** <m22strategies@gmail.com>                                                          Tue, Mar 10, 2026 at 8:54 PM
To: Stephen Studdert <sms@mantford.com>

Remember this is not privileged jonathon sent me this in 2021

Sent from my iPhone

Begin forwarded message:

**From:** Mattie Moore <m22strategies@gmail.com>
**Date:** September 13, 2021 at 1:43:43 PM EDT
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject: Re: FW: Libel laws in Germany**

REally, they should just ignore this just report on IG and FB they will probably take it down but it would like strong-arming a political opponent or EU private citizen in exile.

On Mon, Sep 13, 2021 at 1:36 PM Jonathon Moore <jmoore@moorelawoffices.us> wrote:

Here is the link. As well as the guy who was behind us.

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

---

**From:** Valerie Cupp <v.cupp@goldeneagleglobal.com>
**Sent:** Friday, August 27, 2021 11:51 AM
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject:** Re: Libel laws in Germany

Hi Jonathan,

Here is the Tevda Press website where this individual, Maki Revend, is publishing the videos. I am not sure if he owns the media company or if he is just a "journalist" submitting these videos.

Maki Revend

@makiamedi  - instagram name

Location: Berlin, Germany

Bank account listed on the Tevda website seems to be for KBC bank in Belgium – see screenshot from website:

Paypal :    https://www.paypal.me/astv892

Email :    astv5080@gmail.com

Bank :    BE46 7350 2818 3336

It would be helpful to know what our options are for pursuing this case. As we discussed, we want to avoid giving this guy free publicity if there will be no actual repercussions.

Please let me know once you have discussed with your colleagues.

**Valerie Cupp**
Vice President

Golden Eagle Global, Inc.
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015

Mobile: (516) 728-8325,
+964 750 910 4848
Office: (202) 478-9696
Fax: (202) 478-9640
v.cupp@goldeneagleglobal.com

On Aug 26, 2021, at 4:07 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:

I did some legal research on the Internet. Legal actions for libel are alive and well in Germany. In fact, in Germany, libel is a *criminal* offense. Better yet, injunctive relief (such as cease-and-desist) is among the available remedies. Curiously the predicate for legal action ability is an insult. Moreover there are separate categories of criminal libel when the aggrieved is a foreign government official. One of the websites indicated that last year over 200,000 libel cases were filed. So, we should be able to find lawyers willing to handle such a case.

Please let me know if you have information on where the YouTube perpetrator lives, and I can inquire of some of my Eurojuris Deutschland colleagues nearby.

Best……..

Jonathon R. Moore

Law Offices of Jonathon R. Moore, PLLC
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2079
Tel: +1 (202) 255-5300
Fax: +1 (202) 965-7745
Email: jmoore@moorelawoffices.us

Our Websites:  www.moorelawoffices.us

www.internationalphilanthropythebook.com

*********************************************************************************************************
This electronic mail message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (202) 255-5300 or email (jmoore@moorelawoffices.us) Thank you.

Certificate of Service

I, Mahtaub Moore, Proposed Intervenor, certify an electronic copy was sent to counsel of record on July 30, 2026 to:

Steven Parker
steve.parker2@usdoj.gov

Jonathan Galatzan
Assistant United States Attorney
jonathan.galatzan@usdoj.gov

Daniel P. Chung
dchung@gibsondunn.com

Francis Joseph Warin
fwarin@gibsondunn.com

Michael Kendall Day
kday@gibsondunn.com

Poonam Kumar
Pkumar@gibsondunn.com

Samuel L. Raymond
sraymond@gibsondunn.com

Dyke Huish
Jim Tate
JTate@tatebywater.com

*mattie moore*

By: Mahtaub Moore                                    Date: July 30, 2026