FILED
CLERK, U.S. DISTRICT COURT
09/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY dgo DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,** **Case No. 2:26-cv-04255-SRM-PD**

*Plaintiff,*

v.

**REAL PROPERTY IN BEVERLY HILLS, CA**

*Defendants.*

**PROPOSED INTERVENOR MAHTAUB MOORE'S MOTION TO CONTINUE NOVEMBER 4, 2026 HEARING/CLAIMANT'S EXTENSION TO ANSWER BY OR ON NOVEMBER 13, 2026, AND FOR RELATED EXTENSION OF TIME**

Proposed Intervenor Mahtaub Moore ("Proposed Intervenor"), appearing pro se, respectfully moves this Court for a limited continuance of the hearing presently scheduled for November 4, 2026, and requests that the hearing be continued to January 5, 2027, or to the next date convenient for the Court thereafter due to the consent order extending time for Claimant's response or answer to November 13, 2026, from September 9, 2026.

In support, Proposed Intervenor states as follows:

1. Proposed Intervenor has filed a motion seeking intervention in this civil forfeiture proceeding, and the Court scheduled a hearing on that motion for November 4, 2026.

2. At the time the November 4 hearing was scheduled, Claimant Khodasham's response or answer to the Government's Verified Complaint was due September 9, 2026, pursuant to an extension previously reached by mutual consent.

3. That deadline has subsequently been extended to November 13, 2026, nine days after the presently scheduled hearing on Proposed Intervenor's motion.

4. The changed pleading schedule materially affects the orderly presentation of the intervention issues. Claimant's responsive pleading may clarify the nature and scope of the interests asserted in the defendant property and bear directly upon Proposed Intervenor's asserted interests, the relationship between those interests, and the issues the Court will be asked to address in considering intervention.

5. When the September 9 deadline remained operative, the existing November 4 hearing date afforded Proposed Intervenor sufficient time after Claimant's anticipated responsive pleading to evaluate that pleading and proceed in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

6. The extension of Claimant's deadline to November 13 eliminates that interval and instead places the hearing on Proposed Intervenor's motion before Claimant is presently required to respond to the Verified Complaint.

7. Proposed Intervenor is mindful of the applicable Local Rules governing the timely filing of Proposed Intervention motions and pleadings seeks this limited continuance to ensure adequate time for compliance following Claimant's November 13, 2026, deadline. Proposed Intervenor therefore respectfully requests a corresponding adjustment of the hearing schedule so that the intervention issues may be considered on a more complete record.

8. Proposed Intervenor requests that the November 4, 2026, hearing be continued to January 5, 2027, or the Court's first available date thereafter. The requested date accounts for Claimant's November 13 deadline, the time reasonably necessary to evaluate the resulting pleading, applicable briefing requirements, and the intervening federal holiday period and court schedule.

9. This request is made for purposes of orderly adjudication and judicial economy, and not for purposes of unnecessary delay. A brief continuance may avoid piecemeal consideration of issues that could otherwise require supplemental briefing after Claimant files its response.

10. Proposed Intervenor has contacted counsel to resolve or narrow this scheduling issue without Court intervention and to determine whether the requested continuance may be submitted by agreement. As of the filing of this Motion, the matter has not been resolved.

**REQUEST FOR RELIEF**

For the foregoing reasons, Proposed Intervenor respectfully requests that the Court:

A. Continue the November 4, 2026, hearing on Proposed Intervenor's motion to intervene to January 5, 2027, or the Court's first available date thereafter;

B. Permit any related briefing deadlines to be adjusted consistently with the continued hearing date and the applicable Federal Rules and Local Rules; and

C. Grant such other scheduling relief as the Court determines appropriate to permit the intervention issues to be considered on a complete and orderly record.

Respectfully submitted,

Date: September 23, 2026

*mattie moore*

Mahtaub Moore
Proposed Intervenor, Pro Se
1 Wood Road
Wilmington, DE 19806

**Certificate of Service**

I, Mahtaub Moore, Plaintiff pro se, certify an electronic copy of Proposed Intervenor Mahtaub Moore's Motion to Continue November 4, 2026, Claimant's Extension of Time Response, was sent on September 23, 2026 to:

Steven Parker, Department of Justice at steve.parker2@usdoj.gov

Jonathan Galatzan, Asst. United States Attorney at jonathan.galatzan@usdoj.gov

Daniel P. Chung to dchung@gibsondunn.com

Francis Joseph Warin to fwarin@gibsondunn.com

Michael Kendall Day to kday@gibsondunn.com

Poonam Kumar to Pkumar@gibsondunn.com

Samuel L. Raymond to sraymond@gibsondunn.com

Dyke Huish/Jim Tate to Jtate@tatebywater.com

By: Mahtaub Moore September 23, 2026

mattie moore