FILED
CLERK, U.S. DISTRICT COURT
10/8/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**REAL PROPERTY IN BEVERLY HILLS, CA**

*Defendants.*

Case No. 2:26-cv-04255

**PROPOSED INTERVENOR MAHTAUB MOORE'S NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO INTERVENE WITHOUT PREJUDICE**

Proposed Intervenor Mahtaub Moore, appearing pro se, respectfully submits this Notice of Voluntary Withdrawal of her pending Motion to Intervene, without prejudice.

The Court previously granted Claimant Khodasham an extension of time through November 13, 2026, to answer or otherwise respond in this proceeding. Given the complexity of this federal civil forfeiture action, the continuing development of relevant information, and in the interest of judicial economy, Proposed Intervenor respectfully withdraws her Motion to Intervene without prejudice. This withdrawal is procedural only and does not constitute a waiver, abandonment, or relinquishment of any substantive rights, claims, interests, or remedies Proposed Intervenor may possess concerning Claimant Khodasham, other parties, Defendant Properties, or related assets and transactions implicated in this proceeding.

Proposed Intervenor expressly reserves all rights to seek intervention, assert claims, or pursue other available remedies at an appropriate time, subject to applicable law and procedural requirements.

**WHEREFORE**, Proposed Intervenor respectfully requests that the Court acknowledge the voluntary withdrawal of her Motion to Intervene without prejudice, terminate the pending motion and hearing scheduled for November 4, 2026, without adjudication on the merits, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

Date: October 8, 2026

Mahtaub Moore
mattie moore
Proposed Intervenor, Pro Se

Certificate of Service

I, Mahtaub Moore, Proposed Intervenor, certifies an electronic copy of the Voluntary Motin to Withdraw without Prejudice was sent on October 8, 2026 to:

Steven Parker, Chief Trial Attorney, Dept of Justice, steve.parker2@usdoj.gov

Daniel Chung to dchung@gibsondunn.com

F. Joseph Warin to Fwarin@gibsondunn.com

Poonam Kumar to pkumar@gibsondunn.com

Sam Raymon to Sraymond@gibsondunn.com

By: Mahtaub Moore Date: October 8, 2026

mattie moore