F. Joseph Warin (admitted *pro hac vice*)
M. Kendall Day (admitted *pro hac vice*)
Daniel P. Chung (admitted *pro hac vice*)
**GIBSON DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9500
Email: FWarin@gibsondunn.com
KDay@gibsondunn.com
DChung@gibsondunn.com

Sam Raymond (admitted *pro hac vice*)
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
Email: SRaymond@gibsondunn.com

Poonam Kumar (Bar No. 270802)
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520
Email: PKumar@gibsondunn.com

*Attorneys for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,<br><br>Defendant. | Case No. 2:26-cv-4255-SRM (PD)<br><br>Hon. Serena Murillo<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR CLAIMANTS 945 FOOTHILL RD., LLC AND SODABEH KHOSHDAMAN BARZANI TO ANSWER OR RESPOND TO PLAINTIFF'S CLAIM** |

Plaintiff United States of America ("Plaintiff"), through its counsel, Assistant United States Attorney Jonathan Galatzan, and Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani, through the undersigned counsel, stipulate as follows:

1. WHEREAS, on April 22, 2026, Plaintiff filed a Verified Complaint for Forfeiture *In Rem* (the "Complaint"), ECF No. 1;
2. WHEREAS, on May 21, 2026, Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani filed their Verified Claim, ECF No. 8;
3. WHEREAS, Mansour Barzani was served with notice of this action on May 7, 2026;
4. WHEREAS, in the event that Mansour Barzani elects to file a claim in this action, the parties agree that a single motion to dismiss on behalf of Claimants 945 Foothill Rd., LLC, Sodabeh Khoshdaman Barzani, and, if applicable, Mansour Barzani would result in a less duplicative and more efficient briefing schedule for the Court;
5. WHEREAS, pursuant to the Court's October 20, 2026 order, ECF No. 33, the deadline for Mansour Barzani to file a claim in this action is currently November 18, 2026, and the deadline for Claimants 945 Foothill Rd., LLC, Sodabeh Khoshdaman Barzani, and, if applicable, Mansour Barzani to answer or otherwise respond to the Complaint is currently December 18, 2026;
6. WHEREAS, the parties continue to meet and confer regarding the allegations in the Complaint, including through presentations by counsel for the Claimants and Mansour Barzani;

THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval and Supplemental Rule G(5)(a)(ii), that Mansour Barzani shall be permitted to file a claim in this action no later than December 18, 2026, and Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani and, if applicable, Mansour Barzani shall be permitted to file an answer or responsive motion to the Complaint no later than January 22, 2026.

**IT IS SO STIPULATED.**

Dated: November 13, 2026

GIBSON DUNN & CRUTCHER LLP

By: */s/ Daniel P. Chung*
Daniel P. Chung

*Attorneys for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani*

Dated: November 13, 2026

STEVEN PARKER
Senior Trial Attorney
U.S. Department of Justice

By: */s/ Steven Parker*
Steven Parker

*Attorneys for Plaintiff United States of America*

**ATTESTATION OF AUTHORIZATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Daniel P. Chung, attest I received authorization from the signatories to this stipulation to apply such signatures.

Dated: November 13, 2026

GIBSON, DUNN & CRUTCHER, LLP

By: */s/ Daniel P. Chung*
Daniel P. Chung

*Attorneys for Claimants 945 Foothill Rd., LLC and Sodabeh Khoshdaman Barzani*